UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20647-CR-SCOLA/TORRES

UNITED STATES OF AMERICA

v.

STEPHON CORBETT,

    Defendant.
_____/

## MOTION TO SENTENCE THE DEFENDANT TO HOME CONFINEMENT

### Introduction

Defendant moves the Court for the court to sentence the defendant to a term of home confinement as opposed to federal prison time because of the substantial risk that the defendant would be exposed to COVID-19 within a federal prison system that cannot contain the spread of the virus. Stephon Corbett, is a currently being detained at FDC Miami and is set for a sentencing before this Honorable Court on March 31, 2020. The defendant is currently detained at FDC/Miami and as such is exposed to what the Centers for Disease Control and Prevention ("CDC") has categorized as, a dangerous illness spreading rapidly across the world, and through Florida, namely COVID-19. The health risk to Stephon Corbett within the federal prison system necessitates that the court sentence the defendant to home confinement where he would have a better chance of not contracting COVID-19. If the court grants this Motion the defendant can be housed with electronic monitoring in the home of individuals mentioned in the motion thereby keeping

1

him from getting infected and infecting others.

## Factual Background

### *Changed Circumstances: COVID-19 Outbreak*

As of March 12, 2020, the new strain of coronavirus which causes COVID-19, has infected over 132,300 people, leading to at least 4,954 deaths worldwide.[1] On March 11, 2020, the World Health Organization officially classified COVID-19 as a pandemic.[2] Governor Ron DeSantis declared a State of Emergency for Florida on March 9, 2020.[3] As of March 23rd there are 1,171 confirmed cases with 14 deaths resulting from the virus in Florida.[4]

The CDC has issued guidance that individuals at higher risk of contracting COVID-19— adults over 60 years old and people with chronic medical conditions such as lung disease, heart disease, and diabetes—take immediate preventative actions, including avoiding crowded areas and staying home as much as possible.[5]

---

[1] *Coronavirus Map: Tracking the Spread of the Outbreak*, The New York Times (March 12, 2020), *at* https://nyti.ms/2U4kmud (updating regularly).
[2] *WHO Characterizes COVID-19 as a Pandemic*, World Health Organization (March 11, 2020) *at* https://bit.ly/2W8dwpS.
[3] *Virus Threat: Florida Govenor Declares State of Emerge*ncy, US News and World Report, (March 9, 2020) *at* https://www.usnews.com/news/best-states/florida/articles/2020-03-09/coronavirus-looms-large-in-final-week-of-legislative-session.
[4] *Florida carona virus cases rise to 1,171 confirmed cases 14 dead as more testing sites open across state.* Click Orlando.com, (March 23, 2020) at
[5] *People at Risk for Serious Illness from COVID-19*, CDC (March 12, 2020) *at* https://bit.ly/2vgUt1P.

### *Conditions of Confinement and Spread of Coronavirus*

Conditions of pretrial confinement create the ideal environment for the transmission of contagious disease.[6] Inmates cycle in and out of BOP pretrial facilities from all over the world and the country, and people who work in the facilities leave and return daily, without screening. Incarcerated people have poorer health than the general population, and even at the best of times, medical care is limited in federal pretrial detention centers.[7] Many people who are incarcerated also have chronic conditions, like diabetes or HIV, which makes them vulnerable to severe forms of COVID-19. According to public health experts, incarcerated individuals "are at special risk of infection, given their living situations," and "may also be less able to participate in proactive measures to keep themselves safe;" "infection control is challenging in these settings."[8] Outbreaks of the flu regularly occur in jails, and during the H1N1 epidemic in 2009, many jails and prisons dealt with high numbers of cases.[9] In China, officials have confirmed the coronavirus spreading at a rapid pace in Chinese prisons, counting 500 cases.[10] Secretary of State Mike Pompeo has called for Iran to release Americans detained there because of the "deeply troubling" "[r]eports that COVID-19 has spread to Iranian prisons," noting that "[t]heir detention amid increasingly deteriorating conditions defies basic human decency."[11] Courts across Iran have granted 54,000 inmates furlough as part of the measures to contain coronavirus across the country.[12] Brooklyn District Attorney Eric Gonzalez, joined by public health experts, has asked New York Governor Cuomo to grant emergency clemencies to elderly and sick prisoners.[13]

---

[6] Joseph A. Bick (2007). Infection Control in Jails and Prisons. *Clinical Infectious Diseases*

*Specific Conditions at FDC/Miami*

FDC/Miami is not prepared or able to deal with the growing pandemic. An NBC report highlighted the fear and shortcomings of FDC/Miami.

> Several jail staffers took notice when an inmate arrived at a federal detention center in Miami last week wearing a mask. Word spread rapidly inside the FDC Miami that the man had flu-like symptoms, two workers said, triggering fears that the inmate was infected with the coronavirus. "A lot of staffers are in an uproar because they don't know if they're going to get exposed," an employee told NBC News at the time. It turned out that the inmate had a bacterial infection, a Bureau of Prisons official said, not coronavirus. But concern about the potential spread of COVID-19 inside a detention facility has only grown since then as the number of confirmed cases has exploded across the country. An outbreak of the deadly virus inside the walls of a U.S. prison or jail is now a question of when, not if, according to health experts. And interviews with several jail staffers, prisoner advocates and former correctional medical personnel revealed deep concerns over the potential for the illness to wreak havoc behind bars.[14]

The NBC article demonstrates that just one inmate can spark a pandemic inside FDC. The Court should consider that the nation is moving to arrest less people and to not have non-violent offenders in jail. Stephon Corbett is a non-violent offender. In these times where social distancing is our best defense, putting non-violent offenders in jail is the reverse of what we should be doing as an informed society.

---

45(8):1047-1055, *at* https://doi.org/10.1086/521910.

[7] Laura M. Maruschak et al. (2015). Medical Problems of State and Federal Prisoners and Jail Inmates, 2011-12. NCJ 248491. Washington, D.C.: U.S. Department of Justice, Bureau of Justice Statistics, *at* https://www.bjs.gov/content/pub/pdf/mpsfpji1112.pdf

[8] "Achieving A Fair And Effective COVID-19 Response: An Open Letter to Vice-President Mike Pence, and Other Federal, State, and Local Leaders from Public Health and Legal Experts in the United States," (March 2, 2020), *at* https://bit.ly/2W9V6oS.

[9] *Prisons and Jails are Vulnerable to COVID-19 Outbreaks*, The Verge (Mar. 7, 2020) *at* https://bit.ly/2TNcNZY.

[10] Rhea Mahbubani, *Chinese Jails Have Become Hotbeds of Coronavirus As More Than 500 Cases Have Erupted, Prompting the Ouster of Several Officials*, Business Insider (Feb. 21, 2020) *at* https://bit.ly/2vSzSRT.

### Conditions of Release Are Available That Allow Stephon Corbett To Be Treated Humanely While Also Ameliorating Any Danger To The Community

From Stephon Corbett's perspective his life—not only his liberty—is on the line, creating a powerful incentive to abide by any release conditions the Court may impose. If the court were to place the defendant on home confinement he will not be left to his own devices, but will be supported and monitored by the electronic monitoring program. Since 2009, Pretrial Services' data has found that only 2.9% of defendants in the highest risk category were re-arrested for a violent crime while on release.[15] In the Eastern District of New York, Chief U.S. Pretrial Services Officer Roberto Cordeiro reports that in Fiscal Year 2019, only six of 1,300 defendants (0.5%) under Pretrial Services' supervision failed to appear in court; only 2.8% were rearrested.

Mr. Corbett's past record shows two previous arrests for illegal credit card activity. This case is the same type of activity card cards and false identity cards. Clearly Mr. Corbett issues are with economic crime. If he is on home confinement and his conditions of release prohibit PII activity, then he would fall into the positive statistics cited by Pretrial Services above. Simply put, he is a good risk for the home confinement program.

---

[11] Jennifer Hansler and Kylie Atwood, *Pompeo calls for humanitarian release of wrongfully detained Americans in Iran amid coronavirus outbreak*, CNN (Mar. 10, 2020) *at* https://cnn.it/2W4OpV7.

[12] Claudia Lauer and Colleen Long, *US Prisons, Jails On Alert for Spread of Coronavirus*, The Associated Press (Mar. 7, 2020) *at* https://apnews.com/af98b0a38aaabedbcb059092db356697.

[13] Sarah Lustbader, *Coronavirus: Sentenced to COVID-19*, The Daily Appeal (Mar. 12, 2020) *at* https://theappeal.org/sentenced-to-covid-19/.

Mr. Corbett has two potential homes that he can he housed for his sentence. The first one is Samantha Hamilton, 3530 Westland Dr, Orlando Florida 32818; with a phone number of 347-499-2131. Ms. Hamilton is the mother of Mr. Corbett's minor child. The second person is Kimberlee Coleman, 4381 W. Mcnab Rd unit 27, Pompano Beach, Fl 33069; with a phone number of 305-319-2393

### Government's Position

The undersigned has had an opportunity to discuss this Motion with government attorney Yara Klukas and she has objected to this Motion.

### Conclusion

Stephon Corbett is a non-violent offender who is at risk of becoming infected in a prison system that is not designed to deal with a transmissible virus. The Courts should do everything in its power to deal with this pandemic. Releasing non-violent prisoners to other forms of incarceration such as home detention is the best way to deal with this crisis.

**WHEREFORE** the defense respectfully requests that this Court grant this Motion and sentence the defendant to a term of home confinement

---

[14] Rich Schapiro, *Cornavirus Could 'Wreak Havoc' on US Jails, experts warn,* NBC News (March 12, 2020) at https://www.nbcnews.com/news/us-news/coronavirus-could-wreak-havoc-u-s-jails-experts-warn-n1156586

[15] Thomas H. Cohen, Christopher T. Lowenkamp, and William E. Hicks, *Revalidating the FederalPretrial Risk Assessment Instrument (PTRA): A Research Summary* (September 2018

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing Notice has been provided to U.S. Attorney Yara Klukas, 99 NE 4th Street, Miami, Florida 33132, through the auspices of CM/ECF on March 23, 2020.

> Respectfully Submitted,
>
> s/ Gregory A. Samms
>
> Gregory A. Samms
> 113 Almeria Avenue
> Coral Gables, Florida 33134
> Tel:   (786) 953-5802
> Fax:   (786) 513-3191
> Fla. Bar No.: 438863
> sammslaw@gmail.com